SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
PEDRO AREVALO,

                          Plaintiff,

    - against -

UBER TECHNOLOGIES INC.,

                         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Index No. 818927/2022E

**NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT**

**PLEASE TAKE NOTICE**, that UBER TECHNOLOGIES, INC., (hereinafter "Uber") the defendant in this action, has filed with the Clerk of the United States District Court for the Southern District of New York, a Notice of Removal on September 12, 2023. This Court is respectfully requested to proceed no further in this action, unless and until the action is remanded by the United States District Court.

A copy of the Notice of Removal filed with the United States District Court is attached hereto as **Exhibit "A"** and filed with this document. The Notice of Removal has also been served upon all of the other parties in this action.

Dated:   New York, New York
            September 12, 2023

                      Yours, etc,

                      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                      By:    /s *Joseph C. Baiocco*
                            Joseph C. Baiocco, Esq.
                            *Attorneys for Defendants*
                            *UBER TECHNOLOGIES INC.,*
                            150 East 42nd Street
                            New York, NY 10017

        Tel: (212) 915-5217
        File No. 19422.00850

To: Douglas Shayne, Esq.
   BLUMEN & SHAYNE, PLLC
   *Attorneys for Plaintiff*
   *PEDRO AREVALO*
   2916 Shell Road, 5th Floor
   Brooklyn, New York 11224
   (718) 618-0462